# Exhibit 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TFG LIFE SETTLEMENTS, LLC,
a Delaware limited liability company,

    Plaintiff,

vs.

                              Case No. 2:15-cv-755-FtM-38CM

CENTURION INSURANCE SERVICES
GROUP, LLC, an Ohio limited liability
company, and CENTURION ISG (EUROPE)
LIMITED, an Irish corporation,

    Defendants.

_____/

## DECLARATION OF AARON M. MCKOWN IN SUPPORT OF TFG'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION AND IN RESPONSE TO DEFENDANTS' OPPOSITION TO TFG'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, Aaron M. McKown declares as follows:

1. My name is Aaron M. McKown. I am an attorney licensed to practice law in the State of California and the State of Texas. I am a partner with the law firm of Ring Bender McKown & Castillo, LLLP and counsel of record for Plaintiff TFG Life Settlements, LLC ("TFG") in this action. I have personal knowledge of the matters set forth in this Declaration and if called upon to testify in court, I could and would competently do so.

2. Contrary to the Opposition submitted by Centurion Insurance Services Group, LLC and Centurion ISG (Europe) Limited (collectively, "Centurion"), TFG took immediate steps to serve the pleadings in this case on Centurion.

3. TFG filed this lawsuit on December 3, 2015. Immediately after filing the initial pleadings, including the Verified Complaint and TFG's Motion for Temporary Restraining Order and Preliminary Injunction, I forwarded those pleadings to James Maxson for the purpose of providing courtesy copies to his contact at Centurion, in-house counsel Alan Hodge.

4.  At approximately 2:11 p.m. on December 4, 2015, my office received notice that the Court had granted its motion and issued a Temporary Restraining Order ("TRO"). Again, I forwarded a copy of the TRO to Mr. Maxson for the purpose of providing to Mr. Hodge.

5.  On December 7, 2015, TFG's process server successfully served Centurion's registered agent for serviced of process with the following the pleadings in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2015.

*/s/ Aaron M. McKown*
AARON M. McKOWN